# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE § | |
|     Plaintiff, § | |
| § | |
| v. § | C.A. NO. 4:20-cv-00501 |
| § | |
| PELICAN BUILDERS, INC. § | |
|     Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties to the above-referenced case have reached an agreement in settlement of all claims in this matter. The parties are preparing settlement documents, and respectfully request that the Court allow the parties sixty days from the date of this notice within which to complete their settlement at which time Plaintiff intends to file a notice of voluntary dismissal with prejudice. Further, given this Notice, and in accordance with Local Rule 16.3, the parties request that the Initial Pretrial and Scheduling Conference presently scheduled to take place before the Court on May 15, 2020 at 9:00 A.M., and their obligations under the Court's Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work [Doc. 4], be set aside.

Dated: April 24, 2020.                Respectfully submitted,

                                            **WILSON, CRIBBS & GOREN, P.C.**

                                            */s/ Scot Clinton*
                                                Scot Clinton
                                                Attorney-In-Charge
                                                Texas Bar No. 24045667
                                                Federal ID No.: 569701
                                                Brian Kilpatrick
                                                Texas Bar No. 24074533
                                                Federal ID No.: 1139804
2500 Fannin Street
Houston, Texas 77002
(713) 222-9000 Tel.

(713) 229-8824 Fax
sclinton@wcglaw.com
bkilpatrick@wcglaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that on April 24, 2020 I conferred with counsel for Plaintiff regarding this Notice of Settlement, and counsel has indicated that he agrees to this notice.

  _/s/ Scot Clinton_
Scot Clinton

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2020 a true and correct copy of the above and foregoing was filed on the CM/ECF system and served to all counsel of record via electronic notices, facsimile, and/or U.S. Postal Mail in compliance with the Federal Rules of Civil Procedure:

R. Bruce Tharpe
Law Office of R. Bruce Tharpe, PLLC
1449 E. 12th St.
Brownsville, Texas 78520
*Attorney for Plaintiff*

  _/s/ Scot Clinton_
Scot Clinton